√# 1009  # 128597

FILED
2010 JUN 22 PM 12: 15

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:

TIMOTHY L. MARCHAL
MELINDA K. MARCHAL

\* CASE NO. 07-35030-S
\*
\* JUDGE RICHARD L. SPEER
\*
\* William L. Swope, Esq.
\* 221 S. Main Street
\* Findlay, OH 45840
\* (419) 422-0288
\*
\* Sup. Ct. #0029538

REPORT ON DIVIDENDS OF LESS THAT FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named debtor(s), do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Amount |
|---|---|
| MEDI-LAB<br>855 WEST MARKET STREET<br>LIMA, OH 45805 | $ 1.32 |
| | $1.32 |

A check for $1.32 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Date: June 16, 2010

William L. Swope
Trustee